# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GUSTAVO C. ESTRADA,

    *Plaintiff*,

vs.

WARDEN NEVEN, *et al.*

    *Defendants*.

2:12-cv-00931-JCM-VCF

ORDER

    Following upon the completed mediation program proceedings, this removed prisoner civil rights action shall proceed forward.

    IT IS THEREFORE ORDERED:

    1.    That the stay previously entered herein is lifted and that, within twenty-one (21) days of entry of this order, the Attorney General's Office shall file a notice advising the Court and plaintiff of: (a) the names of the defendant(s) for whom it accepts service; (b) the names of the defendant(s) for whom it does **not** accept service, **and** (c) the names of the defendant(s) for whom it is filing last-known-address information under seal.  As to any of the named defendant(s) for whom the Attorney General's Office cannot accept service, the Office shall file, under seal, the last known address(es) of those defendant(s) for whom it has such information.

    2.    If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name for the defendant(s).  For the defendant(s) as to which the Attorney

General has not provided last-known-address information, plaintiff shall provide the full name **and** address for the defendant(s).

3.  If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within sixty (60) days from the date of this order.

4.  Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court.  Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants.  If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein.  The Court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service.

5.  Plaintiff's motion (#17) to direct the defendants to answer is DENIED as moot following upon the issuance of this standard scheduling order.

DATED:  1-7-2013

_____
CAM FERENBACH
United States Magistrate Judge