1  CATHERINE CORTEZ MASTO
   Attorney General
2  BETH HICKMAN
   Senior Deputy Attorney General
3  Nevada Bar No. 11598
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV  89701-4717
   Tel:  (775) 684-1251
6  E-mail:  ehickman@ag.nv.gov

7  *Attorneys for Defendants Linda Adams, Romeo Aranas,*
   *Robert Bannister, Doni Jennings, Cole Morrow, and*
8  *Dwight Neven*

9              **UNITED STATES DISTRICT COURT**

10                **DISTRICT OF NEVADA**

11  GUSTAVO C. ESTRADA,

12              Plaintiff,                    Case No.  2:12-cv-00931-JCM-VCF

13  vs.                                       **JUDGMENT**

14  WARDEN NEVEN, et al.,

15              Defendants.

16         This action came to be considered before the Court by way of Defendants' Motion for

17  Summary Judgment.  The issues were fully considered by the Court and Defendants' Motion for

18  Summary Judgment has been granted.

19         JUDGMENT IS HEREBY ENTERED for Defendants and against Plaintiff.

20         Dated: May 22, 2014.

21
                                              _____
22                                            UNITED STATES DISTRICT JUDGE

23
    Submitted by:
24  CATHERINE CORTEZ MASTO
    Nevada Attorney General
25  By: */s/ Beth Hickman*
        Beth Hickman
26      Senior Deputy Attorney General

27

28
Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

                                              1